UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL R. BLANTON, | Civil No. C05-5790RBL |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including August 17, 2006, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including August 31, 2006, to file Plaintiff's Reply Brief.

DATED this 17th day of July, 2006.

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Page 1     ORDER - [C05-5790RBL]

Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov

Page 2     ORDER - [C05-5790RBL]