05-CV-05790-ORD

FILED _____ LODGED
_____ RECEIVED

AUG 2 4 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL R. BLANTON, | Civil No. C05-5790RBL |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision

in regard to Plaintiff's applications for disability insurance benefits and Supplemental Security

Income (SSI) disability benefits under Titles II and XVI of the Social Security Act be

REVERSED and REMANDED to the Commissioner of Social Security for further administrative

proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law

judge (ALJ) will further consider the opinion from the state agency physician, Guthrie Turner,

Page 1        ORDER - [C05-5790RBL]

1  M.D., and will reassess Plaintiff's residual functional capacity.  If needed, the ALJ will obtain

2  supplemental testimony from a vocational expert.  The ALJ will associate Plaintiff's subsequent

3  application for SSI disability benefits filed on September 16, 2005 and issue a decision on all

4

5  three applications.

6  DATED this 24 day of Aug 2006.

7

8

9  _____
   UNITED STATES DISTRICT JUDGE

10  Recommended for Entry:

11

12

13  /s/ J. Kelley Arnold
   UNITED STATES MAGISTRATE JUDGE

14

15

16  Presented by:

17  s/ STEPHANIE R. MARTZ    WSB # 28636
   Special Assistant U.S. Attorney

18  Office of the General Counsel
   701 Fifth Ave, Ste 2900

19  Seattle, WA 98104
   Phone: (206) 615-2272

20  Fax: (206)615-2531

21  stephanie.martz@ssa.gov

22

23

24

25

26

27

28  Page 2          ORDER - [C05-5790RBL]