U.S. Magistrate Judge Ronald B. Leighton
U.S. Magistrate Judge J. Kelley Arnold

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DANIEL R. BLANTON | ) | |
| | ) | |
| Plaintiff, | ) | No. CV-05-5790 RBL |
| | ) | |
| vs. | ) | PROPOSED ORDER AWARDING |
| | ) | FEES, COSTS AND EXPENSES UNDER |
| JO ANNE B. BARNHART, | ) | EAJA (28 U.S.C>A. 2412) |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER having come before the Court on the Stipulation of the parties for

award of attorneys fees, costs and expenses under the Equal Access to Justice Act,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Plaintiff be and hereby is

awarded attorney fees in the amount of $3,007.55 plus costs of $250.00 and expenses of

liltigation of $14.16 under the Equal Access to Justice Act (28 U.S.C.A. Section 2412) for

a total of $3,271.71 payable by Defendant.

DATED this 5th day of September, 2006.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE